
JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED

2008 AUG 20  P 3: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERROD MICHAEL BOTTOMS,<br><br>    Defendant. | Criminal No.: CR-08 00561 HRL<br><br>VIOLATIONS: 18 U.S.C. 13 Assimilating CVC 14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence; 18 U.S.C. 13 Assimilating CVC 4462.5 – False Evidence of Registration. |

# INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 18 U.S.C. Section 13 Assimilating CVC 14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence.

    On or about 3 June 2008, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JERROD MICHAEL BOTTOMS,

1

INFORMATION
United States of America v. Jerrod Michael Bottoms

did unlawfully drive a motor vehicle at a time when his driving privileges were suspended or revoked for a conviction of a violation of Section 23152 or 23153, and when he had knowledge of said suspension. This was in violation of Title 18 United States Code, Section 13 Assimilating California Vehicle Code 14601.2(a), a Class B misdemeanor.

COUNT TWO: 18 U.S.C. Section 13 Assimilating CVC 4462.5 – False Evidence of Registration.

On or about 3 June 2008, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JERROD MICHAEL BOTTOMS,

did unlawfully, and with intent to avoid compliance with vehicle registration requirements, display upon a vehicle and present to a peace officer a registration card, identification card, temporary receipt, license plate, device issued pursuant to section 4853, and permit not issued for that vehicle and not otherwise lawfully used thereon. This was in violation of Title 18 United States Code, Section 13 Assimilating California Vehicle Code 4462.5, a Class B misdemeanor.

DATED: 7/31/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____
CPT Robert N. Michaels
SAUSA

2

INFORMATION
United States of America v. Jerrod Michael Bottoms

```
AO 257 (Rev. 9/92)                                              CR-08  00561  HRL        PER 18 U.S.C. 3170
```

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

08 AUG 20 PM 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DEFENDANT — U.S. vs.
➤ Jerrod Michael Bottoms

Address:

Birth Date: (Optional unless a juvenile)

☑ Male   ☐ Alien
☐ Female   (if applicable)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20   ☐ 21   ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ➤
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes," give date filed: Mo. / Day / Year

DATE OF ARREST ➤
Or . . . if Arresting Agency & Warrant were not Federal
Mo. / Day / Year
DATE TRANSFERRED TO U.S. CUSTODY ➤

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Seeborg on 6 October 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

ATTACHMENT TO PENALTY SHEET
U.S. v. BOTTOMS, JERROD MICHAEL

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CVC 14601.2(A) – Driving while suspended or revoked for DUI.

    Penalties:    Mandatory Minimum:
            10 days imprisonment in county jail.
            $300 fine

            Maximum Penalties:
            6 months imprisonment in county jail.
            $1,000 fine

**COUNT TWO:** 18 U.S.C., Sec. 13, assimilating CVC 4462.5 – False Evidence of Registration.

    Penalties:    Mandatory Minimum
            N/A

            Maximum Penalties:
            6 months imprisonment in county jail
            $1,000 fine