| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | ROBERT N. MICHAELS (PABN 200918) |
| 5 | Special Assistant United States Attorney |

**FILED**

JUN 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-6394

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR 08-00561 |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| vs. | |
| JERROD MICHAEL BOTTOMS, | |
| Defendant. | |

1. The United States moves that all charges in the Information filed in the above captioned case on August 20, 2008 be dismissed.

2. The United States makes this motion in the interests of Justice.

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Robert N. Michaels*
ROBERT N. MICHAELS
Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER
TO DISMISS INFORMATION
US v. JERROD MICHAEL BOTTOMS

1

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 6/14 2010

HOWARD R. LLOYD
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER
TO DISMISS INFORMATION
US v. JERROD MICHAEL BOTTOMS

2